Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime K. Williams, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-5900
Facsimile: (310) 394-9280

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

*In re*
MARK ELIAS CRONE.

Debtor

---

CKR GLOBAL ADVISORS, INC.,
Plaintiff,
vs.

MARK ELIAS CRONE,
Defendant.

Case No.: 2:17-bk-12392-BR

Chapter 7

Adversary No.: 2:17-ap-01309-BR

**DEBTOR'S OPPOSITION TO PLAINTIFF CKR LAW'S EMERGENCY MOTION FOR PROTECTIVE ORDER OR FOR ORDER QUASHING SUBPOENAS, OR IN THE ALTERNATIVE, FOR ORDER STAYING COMPLIANCE WITH THE SUBPOENAS UNTIL RESOLUTION OF DISCOVERY DISPUTE AND NOTICE OF UNAVAILABILITY OF COUNSEL ON NOVEMBER 2, 2018; DECLARATION OF LESLIE COHEN**

Date: November 2, 2018
Time: 10:00 a.m.
Place: Courtroom 1668

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:

Mark Elias Crone ("**Debtor**") the Debtor and Defendant in the above-captioned adversary case, hereby opposes ("**Opposition**") the *Emergency Motion for Protective Order or For order Quashing Subpoenas, or, in the Alternative, For Order Staying Compliance with Subpoenas Until Resolution of Discovery Dispute* ("**Motion**") [Docket No. 103] filed by CKR Law, LLP ("**Plaintiff**" or "**CKR Global**") as follows:

Through its Motion, CKR Global seeks an order, on an emergency basis, quashing the subpoena issued by the Debtor on October 3, 2018 to EisnerAmper (the "**EisnerAmper Subpoena**"). However, there is no need for an emergency hearing regarding this subpoena because the EisnerAmper Subpoena has not been served. Additionally, Debtor's counsel is unavailable to attend a hearing on November 2.

**DISCUSSION**

After issuing a notice of subpoena on October 3, 2018, Debtor's counsel recently learned that the EisnerAmper Supboena was never served by local counsel in NY where EisnerAmper is located. As such, there is no subpoena to quash, and no basis for the emergency motion. Plaintiff's counsel has been notified that the EisnerAmper Subpoena was never served. See correspondence attached as ***Exhibit A*** to the Declaration of Leslie Cohen ("**Cohen Decl**.").

Second, Debtor's counsel is unavailable on the scheduled hearing date of 11/2/18. Since EisnerAmper has not yet been served, Debtor respectfully requests that the hearing date be vacated, or alternatively continued to a date on or after 11/6/18.

Based on the foregoing, the Debtor respectfully requests that the Court enter an order 1) vacating the hearing and denying the Motion as to the EisnerAmper Subpoena since the subpoena was not served, without prejudice to renewing the motion if the EisnerAmper Subpoena is served in the future, or in the alternative, 2) requiring that the motion be heard on regular notice or on a date at least after Debtor's counsel's return on

November 6, 2018, and 3) for such further relief as the Court deems proper. Debtor reserves all rights to respond to the merits of the Motion.

Respectfully submitted,

Dated: October 29, 2018

Leslie Cohen Law, PC

*/s/ Leslie A. Cohen*
Leslie A. Cohen
Counsel for Debtor

**DECLARATION OF LESLIE COHEN**

I, Leslie Cohen, hereby declare as follows:

1. I am over 18 years of age. I am an attorney and owner of Leslie Cohen Law PC ("**LCL**"), bankruptcy counsel for Mark Crone, the Debtor (the "**Debtor**") in the above-captioned bankruptcy case and adversary proceeding. Unless otherwise stated, I have personal knowledge or information of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I make this declaration in support of the foregoing *Opposition* ("**Opposition**"). Where capitalized terms herein are undefined, they shall have the same meaning as in the Motion.

3. After issuing a notice of subpoena on October 3,2018, LCL recently learned that the EisnerAmper Subpoena was never served by local counsel in NY where EIsnerAmper is located. Plaintiff's counsel has been notified that the EisnerAmper Subpoena was never served. A true and correct copy of this correspondence is attached hereto as Exhibit A.

4. I have been attempting to reach Plaintiff's counsel to meet and confer regarding these matters and am hopeful that they will be available for a call today or soon this week. I have emailed Mr. Friedman and Mr. Sobkowiak explaining that the EisnerAmper subpoena was not served. See Exhibit A. Additionally, I have left multiple voicemails and text messages on their office phone and Mr. Friedman's cell phone. I also left my name and number with their receptionist with a request for a call back. See Exhibit A. As of the filing of this Declaration, we have been unable to speak with Plaintiff's counsel.

5. This afternoon we received a notice setting a hearing on the Emergency Motion for November 2. I will be out of the office that day, traveling to New York for the NYC marathon which is on November 4. Accordingly, I respectfully request that the Court

either vacate the hearing, or set a hearing on regular notice, or at a minimum on or after November 6 when I am back in Los Angeles.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of October, 2018 at Santa Monica, CA.

*/s/ Leslie Cohen*
Leslie Cohen

# EXHIBIT A

**J'aime Williams**

**From:** Leslie Cohen
**Sent:** Monday, October 29, 2018 2:11 PM
**To:** J. Bennett Friedman; Michael Sobkowiak
**Cc:** J'aime Williams
**Subject:** RE: FW: 2:17-ap-01310-BR Emergency motion

Hi Jay,

I just left you a second voicemail as well as a message with your receptionist. Hopefully, one of the 3 attempts to reach you by phone will register on your end! Alternatively, please email me with a call time that works for you.

Per the email at the bottom of this chain, the Citibank subpoena was served, and we gave them an extension until November 26 to respond. I'm available to meet and confer by phone today or tomorrow, and if we are unable to work it out, your motion can be filed on regular notice.

Thanks much and I look forward to hearing from you.

Best,

*Leslie A. Cohen*

Leslie Cohen Law PC
506 Santa Monica Bl., Suite 200
Santa Monica, CA 90401

*phone* 310-394-5900
*fax* 310-394-9280
*cell* 310-922-8104

www.lesliecohenlaw.com







**From:** J. Bennett Friedman <jfriedman@flg-law.com>
**Sent:** Monday, October 29, 2018 2:04 PM
**To:** Leslie Cohen <leslie@lesliecohenlaw.com>; Michael Sobkowiak <msobkowiak@flg-law.com>
**Cc:** J'aime Williams <jaime@lesliecohenlaw.com>
**Subject:** RE: FW: 2:17-ap-01310-BR Emergency motion

Leslie,

No message from you in the office or on my cell phone.

I will need to confirm the EisnerAmper subpoena. What about the Citibank subpoena?

J. Bennett Friedman, Esq.

FRIEDMAN LAW GROUP, P.C.
1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067
p: 310-552-8210 | f: 310-733-5442 | c: 310-251-6336
*jfriedman@flg-law.com* | *www.flg-law.com*

---

**From:** Leslie Cohen [mailto:leslie@lesliecohenlaw.com]
**Sent:** Monday, October 29, 2018 1:45 PM
**To:** Michael Sobkowiak <msobkowiak@flg-law.com>
**Cc:** J'aime Williams <jaime@lesliecohenlaw.com>; J. Bennett Friedman <jfriedman@flg-law.com>
**Subject:** RE: FW: 2:17-ap-01310-BR Emergency motion

Hi Jay,

I just left you a voicemail message.

FYI, we have learned that the Eisner subpoenas were not served. Accordingly, your motion is unnecessary at this time. Please withdraw your motion to quash without prejudice to renewing it if/when they are served at a later date.

Thank you,

*Leslie A. Cohen*

Leslie Cohen Law PC
506 Santa Monica Bl., Suite 200
Santa Monica, CA 90401

*phone* 310-394-5900
*fax* 310-394-9280
*cell* 310-922-8104

www.lesliecohenlaw.com

---

**From:** Michael Sobkowiak <msobkowiak@flg-law.com>
**Sent:** Monday, October 29, 2018 1:08 PM
**To:** Leslie Cohen <leslie@lesliecohenlaw.com>
**Cc:** J'aime Williams <jaime@lesliecohenlaw.com>; J. Bennett Friedman <jfriedman@flg-law.com>
**Subject:** Re: FW: 2:17-ap-01310-BR Emergency motion

Leslie:

I am out of the office this week. You should speak with J Friedman regarding the emergency motions. I have copied him on this email.

Very truly yours,

Michael Sobkowiak, Esq.
Friedman Law Group, P.C.
1900 Avenue of the Stars
11th Floor
Los Angeles, CA 90067
(310) 552-8210
(310) 733-5442 (fax)

On Oct 29, 2018 9:13 AM, Leslie Cohen <leslie@lesliecohenlaw.com> wrote:
Hi Michael,

FYI, we got a call from Citibank and gave them an extension to respond to the subpoena to November 26. Let's get on a call this afternoon to discuss your emergency motion. What time is good for you?

Thanks much,

*Leslie A. Cohen*

Leslie Cohen Law PC
506 Santa Monica Bl., Suite 200
Santa Monica, CA 90401

*phone* 310-394-5900
*fax* 310-394-9280
*cell* 310-922-8104

www.lesliecohenlaw.com

**From:** cmecfhelpdesk@cacb.uscourts.gov <cmecfhelpdesk@cacb.uscourts.gov>
**Sent:** Monday, October 29, 2018 11:40 AM
**To:** Courtmail@cacb.uscourts.gov
**Subject:** 2:17-ap-01310-BR Emergency motion

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Central District of California**

Notice of Electronic Filing

The following transaction was received from Michael D Sobkowiak entered on 10/29/2018 at 11:40 AM PDT and filed on 10/29/2018

**Case Name:** CKR Law, LLP v. Crone
**Case Number:** 2:17-ap-01310-BR
**Document Number:** 148

**Docket Text:**
Emergency motion *for Protective Order or for Order Quashing Subpoenas, or, in the Alternative, for Order Staying Compliance with Subpoenas Until Resolution of Discovery Dispute, with Proof of Service* Filed by Plaintiff CKR Law, LLP (Attachments: # (1) Exhibits # (2) Proof of Service) (Sobkowiak, Michael)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Mtn CKRLaw for Protective Order 181026 Final Signed.pdf
**Electronic document Stamp:**

[STAMP bkecfStamp_ID=1106918562 [Date=10/29/2018] [FileNumber=92870691-0] [2a928a7dd165de6d4738017ed851d7ada1c061962364401069fc7097930135aa939f7b658a8e860ebdb8c1e5f8ad0cb1f93fb0e800d2324625e4fcc7c1c7162a]]

**Document description:** Exhibits

**Original filename:**C:\fakepath\Exhibits CKRLaw to Mtn for Protective Order 181029 Final.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=1106918562 [Date=10/29/2018] [FileNumber=92870691-1] [081528cc5ba3b24def8e2e6cb4ce1fcf140c781b69bb3feb16412375fcf3caf1a2dcefd7f2b8eac6d553c372f6043e506d0982de688479bb086a89cc2f2cd7f1]]

**Document description:** Proof of Service

**Original filename:**C:\fakepath\POS re Mtn for Protective Order 181029.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=1106918562 [Date=10/29/2018] [FileNumber=92870691-2] [b7942a48af6d463d18be21513e36296cab5838c93436ee2057cb1e3b4613a35aa43d08ec2425c3d0b8b4ab760b997b5a02f23f951fd1129dc3407217a1df5ec9]]

**2:17-ap-01310-BR Notice will be electronically mailed to:**

Leslie A Cohen on behalf of Defendant Mark Elias Crone
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com

Howard M Ehrenberg (TR)
ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com

J. Bennett Friedman on behalf of Plaintiff CKR Law, LLP
jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com

David M Goodrich on behalf of Trustee Howard M Ehrenberg (TR)
dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com

Michael D Sobkowiak on behalf of Plaintiff CKR Law, LLP
msobkowiak@flg-law.com, jmartinez@flg-law.com;jfriedman@flg-law.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:17-ap-01310-BR Notice will not be electronically mailed to:**

V. James DeSimone Law on behalf of Attorney Theresa Mains
V.James DeSimone Law
13160 Mindanao Way STe 280
Marino Del Rey, CA 90292

Main Document Page 12 of 12

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled (*specify*): **CKR LAW'S EMERGENCY MOTION FOR PROTECTIVE ORDER OR FOR ORDER QUASHING SUBPOENAS, OR IN THE ALTERNATIVE, FOR ORDER STAYING COMPLIANCE WITH THE SUBPOENAS UNTIL RESOLUTION OF DISCOVERY DISPUTE; DECLARATION OF LESLIE COHEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/29/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Stephen F Biegenzahn efile@sfblaw.com
Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
Howard M Ehrenberg (TR) ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
J. Bennett Friedman jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
Michael D Sobkowiak msobkowiak@flg-law.com, jmartinez@flg-law.com;jfriedman@flg-law.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/29/18 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 10/29/18, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
U.S. Bankruptcy Court
255 E. Temple St.
Los Angeles, CA 90012

J. Bennett Friedman, Esq.
Michael Sobkowiak, Esq.
FRIEDMAN LAW GROUP, P.C.
1900 Avenue of the Stars, 11th Fl.
Los Angeles, California 90067

United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/29/18 | Allie Kiekhofer | /s/ Allie Kiekhofer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**